[No. 3615.]

CHARLTON v. TOOMEY.

*Appeal from the Court of Appeals.*

Mr. WILLIAM YOUNG for appellant.

No appearance for appellee.

MR. JUSTICE CAMPBELL delivered the opinion of the court.

The same questions are involved in this case as in *Charlton v. Kelly, ante,* p. 273. The decision there governs here. The judgment of the court of appeals is, therefore, reversed, and the cause remanded with the same instructions as those given in that case.

*Reversed.*